JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAVIER ENRIQUE MENESES MARADIAGA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-03023-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petition for Writ of Habeas Corpus filed on June 11, 2026.

Date: June 23, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge